JAMES BRANCH, Individually and as Administrator of the Estate of MARY BRANCH, Deceased, Respondents, *v.* BUG RIDE, INC., Appellant.

Submitted September 30, 1947; decided October 16, 1947.

*Joseph F. Lenihan* and *William Butler* for appellant.

*Janet E. Levinson* and *Emanuel M. Wolf* for respondents.

Appeal dismissed, without costs, upon the ground of non-compliance with the provisions of subdivision 1 (b) of section 589 of the Civil Practice Act. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.